UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCARA CORY RICHARDS,

                Plaintiff,

-against-

SHAQUANA WILLIAMS, *et al.*,

                Defendants.

23-CV-2355 (LTS)

Order Directing Payment of Fee or Amended IFP Application

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the filing fees. Plaintiff states that he is unemployed but does not answer the questions asking for his last date of employment and his gross monthly wages at the time. He further indicates that he has other sources of income, but he does not explain the sources or the amount of that income. Plaintiff does not answer the question asking how he pays his living expenses; states that he has no money in cash or in a checking or savings account; and does not answer the questions about his assets, expenses, debts, or other financial obligations. Because Plaintiff fails to fully answer the questions about his financial status, the Court does not have sufficient information concerning his ability to pay the filing fees.

    Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 23-CV-2355 (LTS), and address the

deficiencies described above by providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 29, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge