UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANCARA CORY RICHARDS,

                Plaintiff,

-against-

SHAQUANA WILLIAMS, ET AL.,

                Defendants.

23-CV-2355 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the May 23, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 23, 2023
             New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge